IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF:  
PERMITTING CAMERAS  
AT THE PETE V. DOMENICI  
UNITED STATES COURTHOUSE

13-MC-00004-26

### ORDER

**IT IS HEREBY ORDERED** that photographer Robert Reck, under the direct supervision of Stuart Blakely, General Services Administration (GSA) Property Manager for the courthouse, be permitted to possess and use a still photo camera on the roof of the Pete V. Domenici United States Courthouse, located at 333 Lomas Blvd NW in Albuquerque, New Mexico, on *Monday, September 23, 2013* through *Thursday, September 26, 2013* from approximately *8:00 a.m. to 5:00 p.m.* to take photographs of the newly completed landscape project at the Pete V. Domenici United States Courthouse.

**No photography will be permitted without the direct supervision of Stuart Blakely. No videography will be allowed. No photography will be allowed other than of the landscape from the roof of the courthouse. No photography of the interior of the courthouse or court environs will be allowed.**

FOR THE COURT:

_____  
M. CHRISTINA ARMIJO  
CHIEF UNITED STATES DISTRICT JUDGE