IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF:
APPOINTMENT OF MEMBER TO THE
BENCH AND BAR FUND COMMITTEE         Misc. No. 13-MC-00004-27

## ADMINISTRATIVE ORDER

With the concurrence of the Article III judges in the District, this Administrative Order is entered for the Court.

**IT IS ORDERED** that the following attorney is appointed to the Court's Bench and Bar Fund Committee, for a four (4) year term, beginning on September 1, 2013, and ending on August 31, 2017:

**Justine Fox-Young**, 201 12th Street NW, Albuquerque, NM 87102

This appointment replaces member **Andrew M. Sanchez** whose term on the Committee expires on August 31, 2013.

FOR THE COURT:

M. Christina Armijo
Chief United States District Judge