IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF:
APPOINTMENT OF MEMBERS TO THE
CRIMINAL JUSTICE ACT PANEL COMMITTEE     Misc. No. 13-MC-00004-28

### ADMINISTRATIVE ORDER

With the concurrence of the Article III judges in the District, this Administrative Order is entered for the Court.

**IT IS ORDERED** that the following attorneys are appointed to the Court's Criminal Justice Act Panel Committee, for a three (3) year term, beginning on September 1, 2013, and ending on August 31, 2016:

**Robert Jason Bowles**, P.O. Box 25186, Albuquerque, NM 87125

**Robert J. Gorence**, 1305 Tijeras Avenue NW, Albuquerque, NM 87102

**The Honorable Paul John Kennedy**, 201 12th Street NW, Albuquerque, NM 87102

**Sara N. Sanchez**, P.O. Box 528, Albuquerque, NM 87103

These appointments replace members **Charles N. Fisher**, **Jess R. Lilley**, **Kimberly A. Middlebrooks** and **Amy Sirignano**, whose terms on the Committee expire on August 31, 2013.

FOR THE COURT:

M. Christina Armijo
Chief United States District Judge